UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**United States of America**

    -against-

**$164,333.00**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-07

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 6822(JSR)(JCF)

---

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| __X__ General Pretrial(including scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _____ Specific Non-Dispositive Motion/Dispute:* _____ _____ | _____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ Habeas Corpus |
| _____ Settlement* | _____ Social Security |
| | __X__ Dispositive Motion (i.e. motion requiring a Report and Recommendation) |
| _____ Inquest After Default/Damages Hearing | Particular Motion:_____ _____ |
| | All such motions:_____ |

===============================================================================

* Do not check if already referred for general pretrial

**SO ORDERED**

DATED:    New York, New York
            8/24/07

_____
United States District Judge