| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>07 Civ. 6822 |
|---|---|
| DEFENDANT<br>$164,330.00 IN UNITED STATES CURRENCY | TYPE OF PROCESS<br>Publication |

**SERVE** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

USMS - SDNY

**AT** — ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. GARCIA, U.S. ATTORNEY - SDNY
UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Corinne L. Scalogna/FSA Paralegal

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Please publish the following notice of publication in a newspaper of general circulation once for one week.

CATS #02-DEA-404032        Please return to paralegal Corinne L. Scalogna, 212-637-1064

| Signature of Attorney or other Originator requesting service on behalf of:<br>AUSA ANNA E. ARREOLA | x PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>212-637-2218 | DATE<br>8/17/07 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk | Date 8/20/07 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service 11/30/07   Time am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  11/30/07 - Notice was published in the New York Law Journal on October 11, 2007. (copy attached)

PRIOR EDITIONS MAY BE USED                                    FORM USM-285

U.S. ATTORNEY COPY

## STATE OF NEW YORK
### County of New York, s.:

**MISCELLANEOUS**

USA-33s-100-NOTICE OF CIVIL FORFEITURE PROCEEDING Rev. 11/94

UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF NEW YORK — On July 30, 2007, the United States of America commenced a civil action demanding forfeiture, pursuant to 21 U.S.C. §881(a)(6), of $164,330.00 in United States Currency.

Notice is hereby given that all persons claiming the same or knowing or having anything to say why the same should not be forfeited pursuant to the prayer of said complaint, must file their claim in accordance with the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions with the Clerk of the Court, in Room 120, United States Court House, 500 Pearl Street, New York, New York, by November 12, 2007, which is 30 days after the last publication of this action or within such additional time as may be allowed by the Court, and must serve their answers within 20 days after the filing of their claims, or default and forfeiture will be ordered. Any person with an interest in the property may also wish to file a petition for remission or mitigation of the forfeiture, as provided for in Title 28, Code of Federal regulations, and failure to file such a petition may affect any rights that a person claiming an interest in the property may have with respect to this property.

Dated: New York, New York August, 2007
MICHAEL J. GARCIA
U.S. Attorney/SDNY
JOSEPH R. GUCCIONE
U.S. Marshal/SDNY
901740                     o11-1t

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** one time on the 11th day of October, 2007.

TO WIT: OCTOBER 11, 2007

*Cynthia Byrd*

SWORN TO BEFORE ME, this 11th day
Of October, 2007.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-

$164,330.00 IN UNITED STATES CURRENCY,

    Defendant-in-rem.

---

## PUBLICATION AFFIDAVIT
## 07 Civ. 6822

---

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York 10007
(212) 637-2218

                              ANNA E. ARREOLA
                       Assistant United States Attorney
                                -Of Counsel-