MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: ANNA ARREOLA
Assistant United States Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :

        Plaintiff,                  :

                                          NOTICE OF MOTION FOR
    - v -                            :   DEFAULT JUDGMENT
                                          07 Civ. 6822 (JSR)

$164,330.00 IN UNITED STATES        :
CURRENCY,
                                        :

        Defendant-in-rem.
------------------------------------x

        PLEASE TAKE NOTICE that upon the declaration of Anna E. Arreola, Assistant United States Attorney, dated March 14, 2008; upon the accompanying proposed default judgment order; and upon all prior proceedings herein, the plaintiff will move this Court before the Honorable Jed S. Rakoff, United States District Judge, United States Courthouse, 500 Pearl Street, New York, New York 10007, on Thursday, April 3, 2008 at 9 a.m., on submission, for an order pursuant to Rule 55 of the Federal Rules of Civil Procedure granting default judgment in favor of the plaintiff, United States of America, and forfeiting the defendant-in rem to

the United States of America and for such other relief as is just and proper.

Dated:   New York, New York
         March 14, 2008

*[signature: Anna E. Arreola]*

Anna E. Arreola
Assistant U.S. Attorney
One St. Andrew's Plaza
New York, New York 10007
Tel. (212) 637-2218