AFFIDAVIT OF SERVICE

I, Corinne L. Scalogna, affirm, under penalty of perjury pursuant to 28 U.S.C. § 1746, the following:

I am employed with FSA in the Office of Michael J. Garcia, United States Attorney for the Southern District of New York.

On March 14, 2008, a copy of the Notice of Motion for Default Judgment, the Clerk's Certification, the Government's proposed Default Judgment and the Government's Declaration in Support of Default Judgment were sent, by certified mail, return receipt requested, to:

> Steven M. Statsinger, Esq.
> Federal Defenders of New York, Inc
> 52 Duane Street, 10th floor
> New York, New York 10007
>
> Darryl Steele #11666055
> Federal Correctional Institution, Mckean
> P.O. Box 8000
> Bradford, Pennsylvania 16701
>
> Frank Handelman, Esq.
> Three New York Plaza, 10th floor
> New York, New York 10004
>
> Michael Robinson #53699-054
> Buffalo Federal Detention Center
> 4250 Federal Drive
> Batavia, New York 14011

Executed on: March 14, 2008
        New York, New York

*[signature]*
CORINNE L. SCALOGNA