# Exhibit A

THE WALL ST

PUBLIC

THE WALL STREET JOURNAL. MONDAY, MAY 20, 2002

LEGAL ATTE

The Drug Enforcement Administration (DEA), U.S. Department of Justice, gives notice that the property listed below was seized for forfeiture pursuant to Title 21, United States Code (U.S.C.), Se remission or mitigation of the forfeiture with the Forfeiture Counsel, Asset Forfeiture Section, Office of Domestic Operations, Drug Enforcement Administration, Caller Number 91017, Arlington, Virgin for remission or mitigation, a person may contest the forfeiture of the seized property in UNITED STATES DISTRICT COURT by filing a claim with the Forfeiture Counsel of the DEA pursuant to Titl of the forfeiture proceeding due to hardship. A petition claim, or other correspondence will be deemed filed when actually received by the DEA Asset Forfeiture section in Arlington, Virginia. Subm appearance of their names in this notice necessarily mean that they are the target of DEA investigations or other activities.

FIRST NOTICE
LAST DATE TO FILE
JULY 03, 2002
PLACE SEIZED, SEIZED FROM,
DATE SEIZED

DISTRICT OF ARIZONA
02-DEA-404440, (180) Bottles of 100 count 60 mg Pseudoephedrine Tablets, VL: $971.78, San Luis, AZ, Ramirez Wakamatzu, Marco Antonio, 03/26/02
02-DEA-404456, (150) Bottles of 100 count 60 mg Pseudoephedrine Tablets, VL: $2,012.50, San Luis, AZ, Ramirez Wakamatzu, Marco Antonio, 03/28/02
02-DEA-404913, 1968 Ford Truck, F10AED00874, Lochiel, AZ, Murrieta-Olivarria, Hector, 04/04/02
CENTRAL DISTRICT OF CALIFORNIA
02-DEA-403480, $41,300.00 U.S. Currency, Ontario, CA, Grant, Keda AKA Arron, Orvelle, 02/27/02
02-DEA-404165, 2000 Toyota Tundra SR5, 5TBBT4411YS083809, Topanga, CA, Barrios, Reyna, 03/13/02
02-DEA-404188, $20,000.00 U.S. Currency, Long Beach, CA, Black, Ronald Amos, 03/12/02
02-DEA-404211, $16,000.00 U.S. Currency, Los Angeles, CA, Adams, Bryant Dorian, 03/12/02
02-DEA-404212, $5,000.00 U.S. Currency, Los Angeles, CA, Reamon, Marcus Waverly, 03/12/02
02-DEA-404468, $17,000.00 U.S. Currency, Granada Hills, CA, Mcleod, Cecil Smart, 03/27/02
02-DEA-404470, $10,420.00 U.S. Currency, Granada Hills, CA, Salique, Alejandro Ruiz, 03/27/02
02-DEA-404471, $2,600.00 U.S. Currency, Granada Hills, CA, Contreras, Jose Natolin, 03/27/02
02-DEA-404472, Makarov 9mm Semi-Automatic Pistol, Ser No BB2817, VL: $1.00, Granada Hills, CA, Mcleod, Cecil Smart, 03/27/02
EASTERN DISTRICT OF CALIFORNIA
02-DEA-403852, Western Union Check, VL: $500.00, Fresno, CA, Unidentified, 03/12/02
02-DEA-404565, $36,500.00 U.S. Currency, Fresno, CA, Rodriguez, Ramiro Paul AKA Rodriguez, Raul and Lopez, Ignacio, 03/25/02
02-DEA-404582, $46,680.00 U.S. Currency, Fresno, CA, Unidentified, 03/25/02
NORTHERN DISTRICT OF CALIFORNIA
02-DEA-404303, Whisperwatt 45 KW Diesel Generator with Trailer, Ser No ENGINE #12511656, VL: $20,000.00, Garberville, CA, Pulford, Thomas Deloss, 03/25/02
02-DEA-404309, Multiquip 10 KW Diesel Generator with Trailer, Ser No 4GNFU081XXB002268, VL: $10,000.00, Garberville, CA, Pulford, Thomas Deloss, 03/25/02
02-DEA-404310, 2000 Honda Foreman ES Quadrunner, 478TE224Y4124537, Garberville, CA, Pulford, Thomas Deloss, 03/25/02
02-DEA-404314, 30 Foot Flatbed Utility Trailer, No VIN, VL: $2,000.00, Garberville, CA, Pulford, Thomas Deloss, 03/25/02
SOUTHERN DISTRICT OF CALIFORNIA
02-DEA-402528, $1,876.00 U.S. Currency, San Clemente, CA, Castillo, Daniel and Camarillo, Rosa, 01/26/02
02-DEA-404241, Campbell Hausfeld Air Compressor Model FP2020, VL: $200.00, San Diego, CA, Perry, Donald 02/21/02
02-DEA-404404, $31,387.00 U.S. Currency, San Diego, CA, Alatorre-Rubalcaba, Ernesto, 03/28/02
02-DEA-404959, $45,210.00 U.S. Currency, San Diego, CA, Lauron, James Lionel, 04/02/02
DISTRICT OF COLORADO
02-DEA-404523, 1994 Cadillac Deville, 1G6KD52B3RU300150, Colorado Springs, CO, Riley, Stanley, 03/00/02
02-DEA-404558, $1,976.00 U.S. Currency, Colorado Springs, CO, Riley, Stanley, 03/08/02
02-DEA-404651, 1993 Nissan Pickup Truck, 1N6SD11S3PC361782, Grand Junction, CO, Rocha Jr, Gildardo, 03/16/02
02-DEA-404704, $9,800.00 U.S. Currency, La Junta, CO, Vasquez, Manuel R, 03/20/02
02-DEA-404807, $21,750.00 U.S. Currency, Colorado Springs, CO, Banuelos, Maria, 04/01/02
02-DEA-405037, Assorted Electronic Equipment, VL: $7,228.00, (1) Toshiba brand Satellite laptop computer to include power cords and a carrying case, Ser No 71238134PU; (1) unknown brand CPU tower to include a Packard Bell keyboard, speakers, mouse, misc power cords, Ser No

Chicago, IL, Guzman-Ortiz, Noberto, 02/23/02
02-DEA-404105, $5,157.00 U.S. Currency, Sieger, IL, Turner, Kevin, 02/22/02
02-DEA-404107, $47,060.00 U.S. Currency, Chicago, IL, Martinez, Juan, 02/21/02
02-DEA-404129, 42" Black Fujitsu Plasma Television, Model #PDS4221WH, Ser No SN3210005, VL: $7,500.00, Chicago, IL, Turner, Kevin, 02/22/02
02-DEA-404234, $45,768.00 U.S. Currency, Aurora, IL, Tovar, Jose Luis, 03/18/02
02-DEA-404335, 1997 Chevrolet Tahoe, 1GNEK13R0VJ311780, Bedford Park, IL, Garcia-Herrera, Jose Andres, 02/23/02
02-DEA-404432, 1998 540 BMW, WBADE5327WBV93797, Chicago, IL, Torres-Mendez, Alfonso, 03/11/02
02-DEA-404544, 2002 Cadillac Escalade, 1GYEK63N22R101410, Hodgkins, IL, Maury Ellison Cadillac, 02/26/02
NORTHERN DISTRICT OF INDIANA
02-DEA-403962, $1,117.00 U.S. Currency, Michigan City, IN, Fly, Reginald U, 03/18/02
02-DEA-403995, $14,050.00 U.S. Currency, South Bend, IN, Taylor, Anthony, 03/13/02
02-DEA-404079, $1,263.00 U.S. Currency, Winamac, IN, Fletcher, Omas E, 03/25/02
DISTRICT OF KANSAS
02-DEA-404328, $100,000.00 U.S. Currency, Colby, KS, Smith, Jason, 03/22/02
02-DEA-404338, 2000 Chevrolet Tahoe LS 4X4, 1GNEK13T6YJ114724, Ellsworth, KS, Drake, Donnie D, 03/29/02
02-DEA-404349, Glock Model 19 Semi-auto 9mm Handgun and Ammunition, Ser No LE467 US, VL: $350.00, Wichita, KS, Tena-Munoz, Isavel, 03/24/02
EASTERN DISTRICT OF KENTUCKY
02-DEA-404206, $1,020.00 U.S. Currency, Lexington, KY, Hanshan, Matthew Mark, 03/28/02
02-DEA-404221, $121,558.00 U.S. Currency, Lexington, KY, Hanahan, Matthew Mark, 03/28/02
WESTERN DISTRICT OF KENTUCKY
02-DEA-403682, Assorted Indoor Grow Equipment, VL: $630.98, (2) Hydrofarm grow lights with 100 watt bulbs; (2) Hydrofarm seedling heat mats; (1) Husky black plastic sheeting - 250 square feet; (90) Seed starter pots; (13) Black plastic trays; (1) Sunlux Ultra Ace Bulb - unknown wattage; (8) Black plastic buckets, Labeled with Duct Tape, Lebanon, KY, Clark, Charles Watson, 03/06/02
02-DEA-403687, Indoor Grow Equipment, VL: $555.00, (2) Multi-voltage units; (2) Pro-Ultralite metal halide lamps; (1) Sylvania 1000 watt bulb; (2) Philips 400 watt bulbs; (1) Agrosun 1000 watt bulb; (1) Ingraham clock operated switch (timer), Model #12-723, Holy Cross, KY, Clark, Charles Watson, 03/06/02
MIDDLE DISTRICT OF LOUISIANA
02-DEA-404394, $298,980.00 U.S. Currency, Baton Rouge, LA, Gonzalez, Miguel Angel Chaffo, 03/18/02
DISTRICT OF MARYLAND
02-DEA-402876, $1,700.00 U.S. Currency, Baltimore, MD, Hawkins, Karmaan Marvin AKA Hawkins, Karmen, 02/12/02
02-DEA-402925, $2,160.00 U.S. Currency, Baltimore, MD, Lewis, Lawrence Nelson AKA Nelson, Lewis AKA Lewis Jr, Lawrence Nelson AKA Lewis II, Lawrence Nelson AKA Lewis, Nelson AKA Nelson, Lawrence AKA Lawrence, Nelson AKA Lewis, Lawrence Nelson, 02/21/02
02-DEA-403009, $3,000.00 U.S. Currency, Baltimore, MD, Royster, Cedric Lendell, 02/21/02
02-DEA-403010, $1,700.00 U.S. Currency, Baltimore, MD, Taylor, Lenny Daniel AKA Smith, Tony AKA Taylor, Leonard Daniel AKA Taylor, Mark Anthony AKA Taylor, Lenny Daniel R, 02/21/02
02-DEA-403036, $19,277.00 U.S. Currency, Baltimore, MD, Culver II, Warren Allen, 02/21/02
02-DEA-403064, $11,000.00 U.S. Currency, Baltimore, MD, Culver II, Warren Allen, 02/21/02
02-DEA-403164, $3,440.00 U.S. Currency, Baltimore, MD, Noms, Chrystle AKA Noms, Chrystel AKA Norris, Chrystle Lee, 02/21/02
02-DEA-403159, $3,149.00 U.S. Currency, Baltimore, MD, Hines, Jamal AKA Hines, Jamar Lamar AKA Hines, Jamar AKA Harrison, Jamal AKA Hines, Jamal Lamonte and Terry, Carol, 02/20/02
02-DEA-403200, $3,164.00 U.S. Currency, Baltimore, MD, Hewitt, Roger Hugh AKA Davis, Robert John AKA Duncan, John R AKA Grant, Carl J AKA Haswell, Hugh AKA Hassell, Dave AKA Hewitt, Hugh AKA Davis, Richard Roger AKA Hewitt, Hugh, 02/28/02
02-DEA-403481, $1,100.00 U.S. Currency, Baltimore, MD, Gray, Nechero Darnell AKA

02-DEA-404996, $10,880.00 U.S. Currency, Albuquerque, NM, Molina-Rodriguez, Raul, 04/09/02
EASTERN DISTRICT OF NEW YORK
02-DEA-403839, $3,594.00 U.S. Currency, Queens, NY, Ortiz, Juan, 02/20/02
02-DEA-404043, $99,998.00 U.S. Currency, Queens, NY, Martin, Jose, 03/14/02
SOUTHERN DISTRICT OF NEW YORK
02-DEA-403438, $17,700.00 U.S. Currency in Safe Deposit Box #101A, Chase Manhattan Bank, New York City, NY, Walsh, Bruce, 02/19/02
02-DEA-403654, $19,473.00 U.S. Currency, Bronx, NY, Freeman, Michael AKA Mims, Naldoo, 02/20/02
02-DEA-403787, $191,990.00 U.S. Currency, Bronx, NY, Unidentified, 03/10/02
02-DEA-403792, $3,067.00 U.S. Currency, New York, NY, Henderson, Kenneth B AKA Harrison, Shaheim A, 03/04/02
02-DEA-404042, $184,330.00 U.S. Currency, New York, NY, Slade, Daryl, 03/10/02
02-DEA-404100, $5,000.00 U.S. Currency, New York, NY, Wright, Donna, 03/13/02
02-DEA-404399, $6,000.00 U.S. Currency, Manhattan, NY, Gutierrez, Alvaro Ruben, 03/15/02
02-DEA-404545, $1,782.00 U.S. Currency, New York, NY, Tavares, Eduardo AKA Gonzalez, Eduardo, 03/09/02
WESTERN DISTRICT OF NEW YORK
02-DEA-403398, $21,300.00 U.S. Currency, Buffalo, NY, Brelon, Jose, 03/06/02
02-DEA-403405, $1,162.00 U.S. Currency, Buffalo, NY, Marshall, Haazan Z, 03/05/02
02-DEA-403495, $2,545.00 U.S. Currency, Rochester, NY, Sipon, Tyrone, 02/25/02
02-DEA-403496, $7,899.00 U.S. Currency, Rochester, NY, Cuello, Rafael AKA Benitez, Carlos, 02/25/02
02-DEA-404181, $11,210.00 U.S. Currency, Rochester, NY, Munoz, Edwin, 03/01/02
02-DEA-404795, Rolex President Wristwatch, VL: $8,000.00, Buffalo, NY, Pariso, Michael, 02/26/02
NORTHERN DISTRICT OF OHIO
02-DEA-404235, 2001 Ford F150 4x2 Pickup-Supercrew Flareside, 1FTRW07L11KA81146, Curtice, OH, Garcia, Alejandro and Garcia, Michelle, 03/22/02
02-DEA-404239, $39,990.00 U.S. Currency, Lucas County, OH, Torres, Michael D, 04/08/02
02-DEA-404554, $4,872.00 U.S. Currency, Springfield, OH, Seavey, Todd O, 03/28/02
02-DEA-404556, 2002 Ford F-350 XLT Pickup Truck, 1FTSF31F42EB63784, Springfield, OH, Seavey, Todd O, 03/28/02
02-DEA-404760, $7,660.00 U.S. Currency, Cleveland, OH, Reyes, Edwin, 04/02/02
02-DEA-404764, $1,925.00 U.S. Currency, Cleveland, OH, Powell, Erick, 04/02/02
SOUTHERN DISTRICT OF OHIO
02-DEA-404064, $4,087.97 U.S. Currency, Steubenville, OH, Wilson, Anthony, 02/27/02
02-DEA-404505, $9,150.00 U.S. Currency, Dayton, OH, Lochotter, Shawn Lee and Brown, Donald Edward, 04/04/02
02-DEA-404614, $3,788.00 U.S. Currency, Dayton, OH, Boyd Sr, Gary David, 04/08/02
02-DEA-404619, $17,989.00 U.S. Currency, Dayton, OH, Boyd Sr, Gary David, 04/08/02
NORTHERN DISTRICT OF OKLAHOMA
02-DEA-403947, 1998 Ford Mustang Convertible, 1FAFP45E6[illegible], Stroud, OK, Martinez, Sergio Antonio, 03/13/02
WESTERN DISTRICT OF OKLAHOMA
02-DEA-404255, 1984 Chrysler Newport, WS680323, Mustang, OK, Thrift, Cris Edward, 03/20/02
02-DEA-404256, 1979 Pontiac Trans Am, 2W87W9L195909, Mustang, OK, Thrift, Cris Edward, 03/20/02
02-DEA-404257, 1960 Ford Thunderbird, OY71Y186081, Mustang, OK, Thrift, Cris Edward, 03/20/02
02-DEA-404426, $81,128.00 U.S. Currency, Oklahoma City, OK, Then, Scott and Holsenbake, Michael and Sanchez, Eric Ramirez, 03/27/02
02-DEA-404430, $7,260.00 U.S. Currency, Oklahoma City, OK, Holsenbake, Michael, 03/27/02
DISTRICT OF PUERTO RICO
02-DEA-403720, $873.56 U.S. Currency, Aibonito, PR, Figueroa-Chicon, Nelissa, 12/25/02
02-DEA-403779, $705.00 U.S. Currency, Aibonito, PR, Gonzalez-Rivera, Marisol, 02/25/02
02-DEA-403508, $1,430.00 U.S. Currency, Aibonito, PR, Ortiz-Cintron, Francisco, 02/25/02
03-DEA-404001, $33,003.00 U.S. Currency, Camina PR [illegible]

03/22/02
NORTHERN DISTRICT OF WEST VIRGINIA
02-DEA-404067, 1993 Lexus ES300, JT8VK13T4P0168412, Weirton, WV, Richey, Robert and Thompson, John, 02/27/02

SECOND NOTICE
LAST DATE TO FILE
JUNE 28, 2002
PLACE SEIZED, SEIZED FROM,
DATE SEIZED

NORTHERN DISTRICT OF ALABAMA
02-DEA-404469, $9,875.00 U.S. Currency, Carrollton, AL, Donovan, Robert Michael AKA Mike, 03/30/02
EASTERN DISTRICT OF ARKANSAS
02-DEA-403224, Iodine and Red Phosphorous, VL: $878,180.86, Russellville, AR, Sanchez, Eligenio and Tortolos-Chavez, Becerias and Santana-Rosales, Serafin, 02/14/02
DISTRICT OF ARIZONA
02-DEA-403621, Assorted Heavy Machinery, VL: $4,371.74, (1) 1991 Toyota Forklift Model 42FG25, Ser No 405FGU2875398; (1) Pallet Jack, Ser No 113303, Tucson, AZ, Rosenberg, Brandon, 02/13/02
02-DEA-404435, $4,830.00 U.S. Currency, Navajo County, AZ, Packard, Sharlane and Packard, Scott, 04/01/02
02-DEA-404843, Beretta Model 92FS 9mm Parabellum Semi-Auto Handgun with Magazine, Ser No BER180106, VL: $330.00, Phoenix, AZ, Macias-Castro, Alberto and Rodarte, Roberto AKA Cesear, 03/21/02
02-DEA-404844, Beretta Model 92SB Compact Semi-auto Handgun with Magazine, Ser No 0227182, VL: $310.00, Phoenix, AZ, Macias-Castro, Alberto and Rodarte, Roberto AKA Cesear, 03/21/02
02-DEA-404846, 1999 Dodge Durango, 1B4HS28Y5XF706890, Phoenix, AZ, Macias-Castro, Alberto and Rodarte, Roberto AKA Cesear, 03/21/02
CENTRAL DISTRICT OF CALIFORNIA
01-DEA-397661, $19,980.00 U.S. Currency, Ontario, CA, Haro, Leopoldo Lamy Lira, 09/18/01
02-DEA-401861, $23,000.00 U.S. Currency, Santa Ana, CA, Macias, Gumaro Guerrola and Miranda, Jorge Luis, 01/22/02
02-DEA-403529, $47,378.00 U.S. Currency, Corona, CA, Navarrete-Aguirre, Heriberto, 03/06/02
02-DEA-403939, $8,890.00 U.S. Currency, Los Angeles, CA, Musino, Jose Arturo AKA Infante, Enrique AKA Musino, Jose Antonio AKA Envante, Enrique AKA Envahia, Arthur AKA Envanta, Enquira AKA Musino, Arthur, 03/07/02
02-DEA-403950, $68,016.00 U.S. Currency, Ontario, CA, Mora, Ulbana, 03/14/02
02-DEA-403951, $1,778.00 U.S. Currency, Los Angeles, CA, Coronel-Quintanga Jr, Raul, 03/14/02
02-DEA-403957, $1,110.00 U.S. Currency, Los Angeles, CA, Rojo, Miguel, 03/14/02
02-DEA-403968, 2000 Nissan Maxima, JN1CA31D0YT559314, Covina, CA, Franke, Mark Edward, 03/13/02
02-DEA-403996, $1,600.00 U.S. Currency, Covina, CA, Franke, Mark Edward, 02/15/02
02-DEA-403997, One Men's Rolex Style R1651334S8932G Watch, Ser No P8246169, VL: $8,150.00, Covina, CA, Franke, Mark Edward, 02/15/02
02-DEA-404048, One Taurus 9mm Semi-Automatic Pistol, Ser No T1184015, VL: $1.00, Anaheim, CA, Echevarria, Gregorio, 03/15/02
02-DEA-404182, $34,500.00 U.S. Currency, Costa Mesa, CA, Boulinghouse, Christopher Michael, 03/21/02
02-DEA-404259, 2000 Ford F350 Truck, 1FTSW31S5YED90729, Costa Mesa, CA, Boulinghouse, Christopher Michael, 03/21/02
02-DEA-404307, $2,936.05 U.S. Currency, Canoga Park, CA, Steen, Christopher Thomas, 03/20/02
EASTERN DISTRICT OF CALIFORNIA
02-DEA-404022, $2,170.00 U.S. Currency, Fresno, CA, Delacruz, Lee Raymond AKA Delacruz, Lee Raymond AKA Delacruz, Lee Ramon AKA Delacruz, Raymond Lee AKA Delacruz, Ray AKA Dela Cruz, Ray AKA De La Cruz, Lee, 03/21/02
02-DEA-404201, $20,000.00 U.S. Currency, Fresno, CA, Castellanos, Jesus Lopez, 03/25/02
02-DEA-404203, 2001 Chevy Pick Up 1500 Silverado, 1GCEC14V41Z137593, Fresno, CA, Castellanos, Jesus Lopez, 03/25/02
02-DEA-404431, $1,810.00 U.S. Currency, Paradise, CA, Cornelia, James Allen, 03/21/02
NORTHERN DISTRICT OF CALIFORNIA

404042

# OTICE
# ION

881, because the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for /02, pursuant to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. In addition to, or in lieu of petitioning .S.C., Section 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency by facsimile or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the

0 U.S. Currency, o Noe and /02 U.S. Currency, o Noe and /02 .S. Currency, o Noe and /02 .S. Currency, Ignacio, .S. Currency, Alicia, .S. Currency, Eliseo, .S. Currency, quiedon, 2500 Count ... ID, ... VL: $975.57, 21/02 ... Amount of ... Alvarez, ...INOIS ... Currency, ... Jose ... Currency, ... 02/23/02 ... Currency, ... Currency, 21/02 ... Chicago, IL. ... Currency, 18/02 ... Tahoe, ... Park, IL, 23/02 ... IL. Torres ... Escalada, ... IL. Mainy ... IANA ... Currency, 02/18/02 ... Currency, 03/13/02 ... Currency, 03/25/02 ... Currency, ... Tahoe LS ... worth, KS. ... Semi-auto ... Ser No ... KS. Tena ... JCKY ... Currency, ... Mann, ... Currency, ... Mann, ... JCKY ... [illegible]

690775; (1) Rohm .38 Special revolver, Ser No 075640; (1) Colt Anaconda .44 Magnum Revolver, Ser No MM16824, Marion, NC, Jones, Donnie Michael, 01/22/02
02-DEA-404695, $5,780.00 U.S. Currency, Statesville, NC, Dickerson, Danny R, 04/02/02
02-DEA-404759, $8,274.00 U.S. Currency, Statesville, NC, Houston, Bobby Travon, 04/02/02
DISTRICT OF NEBRASKA
02-DEA-404813, 1995 Ford Econoline RV Cutaway, 1FDKE30G7SHB98086, Hall County, NE, Holmes Jr. Willie AKA Hasbro, Ricky, 04/03/02
DISTRICT OF NEW HAMPSHIRE
02-DEA-404585, 1996 Ford Explorer, 1FMDU34X0TUA15165, Kingston, NH, Gomez, Francisco, 04/04/02
DISTRICT OF NEW MEXICO
02-DEA-401807, $19,900.00 U.S. Currency, Albuquerque, NM, Montoya, Daniel, 01/24/02
02-DEA-402933, $27,611.00 U.S. Currency, Albuquerque, NM, Mesa-Hernandez, Heleberto AKA Diaz, Harvey, 02/21/02
02-DEA-403253, $7,100.00 U.S. Currency, Albuquerque, NM, Patterson, Maurice, 02/25/02
02-DEA-403280, $107,575.00 U.S. Currency, Albuquerque, NM, Whyte, Richard, 03/26/02
02-DEA-404092, Assorted Weapons, VL: $2.00, (1) Olympic Arms 223 Semi-Automatic Rifle AR15, Magazine and several 223 rounds, Ser No SGW0003; (1) Marlin Glenfield 22 Caliber Rifle, Ser No Model 20, Artesia, NM, Camargo, Gerardo, 03/14/02
02-DEA-404266, $865.00 U.S. Currency, Albuquerque, NM, Mesa-Hernandez, Heleberto AKA Diaz, Harvey, 02/21/02
02-DEA-404379, 1988 Platform Model GPWSAR-45 Flat Bed Trailer, 1GRDM9024GM074817, Chaparral, NM, Mercado, Francisco, 03/13/02
02-DEA-404896, $10,880.00 U.S. Currency, Albuquerque, NM, Molina-Rodriguez, Raul, 04/08/02
EASTERN DISTRICT OF NEW YORK
02-DEA-403639, $3,594.00 U.S. Currency, Queens, NY, Ortiz, Juan, 02/28/02
02-DEA-404043, $99,998.00 U.S. Currency, Queens, NY, Martin, Jose, 03/14/02
SOUTHERN DISTRICT OF NEW YORK
02-DEA-403436, $17,700.00 U.S. Currency in Safe Deposit Box #101A, Chase Manhattan Bank, New York City, NY, Walsh, Bruce, 02/19/02
02-DEA-403664, $19,473.00 U.S. Currency, Bronx, NY, Freeman, Michael AKA Miles, Naidoo, 02/20/02
02-DEA-403787, $191,990.00 U.S. Currency, Bronx, NY, Scott, Nathaniel, 03/10/02
02-DEA-403792, $3,057.00 U.S. Currency, New York, NY, Henderson, Kenneth B AKA Harrison, Shaheim A, 03/04/02
02-DEA-404032, $164,330.00 U.S. Currency, New York, NY, Steele, Daryl, 03/10/02
02-DEA-404300, $5,000.00 U.S. Currency, New York, NY, Wright, Donna, 03/13/02
02-DEA-404399, $5,000.00 U.S. Currency, Manhattan, NY, Gutierrez, Alvaro Ruben, 03/15/02
02-DEA-404645, $1,762.00 U.S. Currency, New York, NY, Tavarez, Eduardo AKA Gonzalez, Eduardo, 03/09/02
WESTERN DISTRICT OF NEW YORK
02-DEA-403398, $21,300.00 U.S. Currency, Buffalo, NY, Bruton, Jesse, 03/06/02
02-DEA-403486, $1,162.00 U.S. Currency, Buffalo, NY, Marshall, Hassan J, 03/05/02
02-DEA-403495, $2,545.00 U.S. Currency, Rochester, NY, Spain, Tyrone, 02/25/02
02-DEA-403498, $7,590.00 U.S. Currency, Rochester, NY, Cuello, Rafael AKA Benitez, Carlos, 02/25/02
02-DEA-404161, $11,216.00 U.S. Currency, Rochester, NY, Munoz, Edwin, 03/01/02
02-DEA-404795, Rolex Presidential Wristwatch, VL: $8,000.00, Buffalo, NY, Parks, Michael, 02/25/02
NORTHERN DISTRICT OF OHIO
02-DEA-404295, 2001 Ford F150 4x2 Pickup Supercrew Flareside, 1FTRW07L11KA84145, Cunice, OH, Garcia, Alejandro and Garcia, Michelle, 03/22/02
02-DEA-404239, $39,990.00 U.S. Currency, Lucas County, OH, Torres, Michael D, 04/08/02
02-DEA-404554, $4,572.00 U.S. Currency, Springfield, OH, Seavey, Todd O, 03/28/02
02-DEA-404558, 2002 Ford F-350 XLT Pickup Truck, 1FTSF31F42EB63784, Springfield, OH, Seavey, Todd O, 03/28/02
02-DEA-404760, $7,680.00 U.S. Currency, Cleveland, OH, Reyes, Edwin, 04/02/02
02-DEA-404764, $1,925.00 U.S. Currency, Cleveland, OH, ...

Moses Lake, WA, Godinos-Ledezma, Salvadoa, 03/16/02
02-DEA-403835, $1,160.08 U.S. Currency, Moses Lake, WA, Romero-Medina, Avelino, 03/16/02
02-DEA-403836, $380.00 U.S. Currency, Moses Lake, WA, Ortiz-Chavez, Ignacio, 03/16/02
02-DEA-403837, $560.34 U.S. Currency, Moses Lake, WA, Rueda-Penaloza, Servando, 03/16/02
02-DEA-403838, $18,424.99 U.S. Currency, Moses Lake, WA, Jose-Vildovinos, Juan, 03/16/02
02-DEA-403896, 1998 Saturn Sedan, 1G8ZJ5271TZ210767, Moses Lake, WA, Godinoz-Ledezma, Salvadoa, 03/16/02
02-DEA-403897, 1995 Mitsubishi Coupe, JA3AA31C8S4003475, Moses Lake, WA, Rueda-Penaloza, Servando, 03/16/02
02-DEA-404151, $6,762.00 U.S. Currency, Oroville, WA, Elewonibi, Michael Kayode, 03/24/02
02-DEA-404163, 1995 Chevrolet Blazer, 1GNDT13WXS2186790, Oroville, WA, Elewonibi, Michael Kayode, 03/24/02
02-DEA-404286, (4) Assorted Money Orders, VL: $3,000.00, (2) Western Union Money Orders, Ser Nos 08-498157018; 08-498157020; (2) Travelers Express Money Orders, Ser Nos 98803436684; 98803436075, Oroville, WA, Elewonibi, Michael Kayode, 03/24/02
EASTERN DISTRICT OF WISCONSIN
02-DEA-404027, $2,118.00 U.S. Currency, New Berlin, WI, Hess, Claro, 03/25/02
02-DEA-404030, $1,477.00 U.S. Currency, Milwaukee, WI, Griffin, Dennell, 03/25/02
02-DEA-404131, $1,318.00 U.S. Currency, Milwaukee, WI, McNealey, Thomas C AKA Johnson, Davie C, 03/26/02
WESTERN DISTRICT OF WISCONSIN
02-DEA-404168, $8,977.00 U.S. Currency, Whitewater, WI, Villanueva, Guadalupe N, 03/22/02
NORTHERN DISTRICT OF WEST VIRGINIA
02-DEA-404067, 1993 Lexus ES300, JT8VK13T4P0156112, Walton, WV, Richey, Robert and Thompson, John, 02/27/02

THIRD NOTICE
LAST DATE TO FILE
JUNE 25, 2002
PLACE SEIZED, SEIZED FROM,
DATE SEIZED

NORTHERN DISTRICT OF ALABAMA
02-DEA-404469, $9,975.00 U.S. Currency, Carrollton, AL, Donovan, Robert Michael AKA Mike, 03/30/02
EASTERN DISTRICT OF ARKANSAS
02-DEA-403324, Iodine and Red Phosphorous, VL: $878,180.50, Russellville, AR, Sanchez, Eugenio and Toribios-Chavez, Socarles and Santana-Rosales, Serafin, 02/14/02
DISTRICT OF ARIZONA
02-DEA-403621, Assorted Heavy Machinery, VL: $8,371.74, (1) 1991 Toyota Forklift Model 42FG25, Ser No 405FGU2575398; (1) Pallet Jack, Ser No 113309, Tucson, AZ, Rosenberg, Brandon, 02/13/02
02-DEA-404635, $4,630.00 U.S. Currency, Navajo County, AZ, Packard, Sharlene and Packard, Scott, 04/01/02
02-DEA-404843, Beretta Model 92FS 9mm Parabellum Semi-Auto Handgun with Magazine, Ser No BER180106, VL: $330.00, Phoenix, AZ, Macias-Castro, Alberto and Rodarte, Roberto AKA Cesar, 03/21/02
02-DEA-404844, Beretta Model 8238 Compact Semi-auto Handgun with Magazine, Ser No 0227192, VL: $300.00, Phoenix, AZ, Macias-Castro, Alberto and Rodarte, Roberto AKA Cesar, 03/21/02
02-DEA-404846, 1999 Dodge Durango, 1B4HS28Y5XF708090, Phoenix, AZ, Macias-Castro, Alberto and Rodarte, Roberto AKA Cesar, 03/21/02
CENTRAL DISTRICT OF CALIFORNIA
01-DEA-397061, $10,[illegible].00 U.S. Currency, Ontario, CA, Haro, Leopoldo Leroy Lira, 09/18/01
02-DEA-401061, $21,000.00 U.S. Currency, Santa Ana, CA, Macias, Gumero Quezada and Miranda, Jorge Luis, 01/22/02
02-DEA-403529, $47,370.00 U.S. Currency, Corona, CA, Navarrete-Aguirre, Heriberto, 03/06/02
02-DEA-403938, $4,390.00 U.S. Currency, Los Angeles, CA, Mucino, Jose Arturo AKA Infante, Enrique AKA Mucino, Jose Antonio AKA Envante, Enrique AKA Envante, Arthur AKA Envante, Enquire AKA Mucino ...

1FTRX17L9XNA21888, Gainesville, GA, Valdovinos-Torres, Jose Eleazer, 03/22/02
02-DEA-404825, 2000 Jaguar S, SAJDA01C0YFL61777, Gainesville, GA, Barrios, Ignacio, 03/22/02
02-DEA-404835, 1997 Jeep Cherokee, 1J4GZ78Y4VC558299, Gainesville, GA, Penaloza-Pineda, Ariel and Hurtado-Villa, Francisco, 03/18/02
02-DEA-404861, $118,184.00 U.S. Currency, Duluth, GA, Rosario, Luis, 03/24/02
02-DEA-404075, Bank of America, Cashier's Check #02415184, VL: $26,121.79, Atlanta, GA, Person, Christopher D and Person, Pamela N, 03/19/02
02-DEA-405032, $3,766.00 U.S. Currency, Atlanta, GA, Martinez-Uriela, Pablo, 03/14/02
SOUTHERN DISTRICT OF GEORGIA
02-DEA-404358, $4,200.00 U.S. Currency, Statesboro, GA, Smith, David L, 03/26/02
02-DEA-404387, Bank of America, Checking Account #003289550440, VL: $3,575.58, Savannah, GA, Green, William Eric AKA Green, Eric William, 03/27/02
02-DEA-404393, Bank of America, Account #810008192B1877, VL: $5,099.43, Savannah, GA, Green, William Eric AKA Green, Eric William, 03/27/02
02-DEA-404476, $5,900.00 U.S. Currency, Dublin, GA, Demmons, Sammy Lee, 03/26/02
SOUTHERN DISTRICT OF IOWA
02-DEA-404319, $9,105.00 U.S. Currency, Des Moines, IA, Burkman, Peggy L and Price, Roby, 03/20/02
NORTHERN DISTRICT OF ILLINOIS
02-DEA-403923, Mutual Bank, Checking Account #136972, VL: $7,273.48, Harvey, IL, Lawrence, Farra and Jones, Josie and Lawrence, Troy, 03/07/02
02-DEA-403924, Mutual Bank, Savings Account #352411, VL: $10,100.26, Harvey, IL, Lawrence, Troy, 03/07/02
02-DEA-403925, Mutual Bank, Checking Account #654876, VL: $80,105.90, Harvey, IL, Lawrence, Troy, 03/07/02
02-DEA-403926, Mutual Bank, Checking Account #136980, VL: $8,783.28, Harvey, IL, Lawrence, Farra and Jones, Josie and Lawrence, Troy, 03/07/02
02-DEA-404018, 1993 Dodge Caravan SE, 2B4GH4533PR915227, Chicago, IL, Jimenez, Luis Fernando, 03/15/02
02-DEA-404071, $44,000.00 U.S. Currency, Berwyn, IL, Unidentified, 03/17/02
02-DEA-404077, 1992 Buick Regal, 2G4WF54L8N1504961, Ford Heights, IL, Griffin, Levert T AKA Griffin, LT, 03/05/02
02-DEA-404086, Assorted Jewelry, VL: $28,690.00, (1) Man's diamond date just Rolex watch with 18k white gold bracelet, stainless steel case & Mother pearl, Ser No 8957086; (1) 14K white gold 37" fancy link necklace; (1) 14K white gold diamond cross, Chicago, IL, Comer, Mark, 03/05/02
02-DEA-404133, $2,084.00 U.S. Currency, Rockford, IL, Fields, Stanley, 03/14/02
02-DEA-404144, $1,320.00 U.S. Currency, Rockford, IL, Flemons, Rosa, 03/14/02
02-DEA-404449, 1995 Mercury Cougar, 1MELM6242SH861270, South Holland, IL, Medina, Rafael, 03/11/02
SOUTHERN DISTRICT OF INDIANA
02-DEA-403909, Smith & Wesson Model 36, .38 Caliber Handgun, Ser No J928093, VL: $150.00, Muncie, IN, Buchanan, Jesse, 03/12/02
02-DEA-404034, One Stevens Model 311, Savage Arms Corporation, 12 gauge Shotgun, Ser No 0000, VL: $50.00, Indianapolis, IN, Ballard, Larry L, 03/18/02
02-DEA-404060, $5,950.00 U.S. Currency, Indianapolis, IN, Ballard, Larry L, 03/18/02
02-DEA-404087, $1,848.22 U.S. Currency, Indianapolis, IN, Hall, Eric, 03/15/02
02-DEA-404130, $1,460.00 U.S. Currency, Indianapolis, IN, Montgomery, Eric K, 03/22/02
WESTERN DISTRICT OF KENTUCKY
02-DEA-404094, $14,910.00 U.S. Currency, Louisville, KY, Stewart, Rose, 03/19/02
EASTERN DISTRICT OF LOUISIANA
02-DEA-403448, Smith & Wesson .38 caliber Revolver, Ser No 5D46799, VL: $200.00, Chalmette, LA, Taylor, Randell, 02/14/02
MIDDLE DISTRICT OF LOUISIANA
02-DEA-404408, $2,900.00 U.S. Currency, Baton Rouge, LA, Ford, Bout, 02/05/02
DISTRICT OF MARYLAND
00-DEA-393011, $10,064.00 U.S. Currency, Baltimore, MD, White, Troy, 02/08/00
02-DEA-402808, $2,000.05 U.S. Currency, Gorman, MD, Bonnor, Ricardo Rydell AKA ...

Kernersville, NC, Hernandez, Altamirano Cesar, 03/25/02
02-DEA-404209, $9,995.00 U.S. Currency, Pittsboro, NC, Machuca, Martin Alderrama, 03/27/02
02-DEA-404262, $1,076.00 U.S. Currency, Eden, NC, Hardin, Kenneth Landolin, 03/27/02
DISTRICT OF NORTH DAKOTA
02-DEA-403382, $2,052.00 U.S. Currency, Fargo, ND, Jaeger, Jason Michael, 03/04/02
DISTRICT OF NEBRASKA
02-DEA-404217, $989,607.00 U.S. Currency, Lancaster County, NE, Calvillo, Cynthia and Chavez-Quintana, Jesus and Sigala, Raul, 03/26/02
02-DEA-404373, $161,020.00 U.S. Currency, Buffalo County, NE, Meza, Alfredo, 03/21/02
DISTRICT OF NEW HAMPSHIRE
02-DEA-404575, 1988 Pontiac Bonneville, 1G2HZ54CXJW211610, Hampton, NH, Claes, Rafael, 04/01/02
DISTRICT OF NEW JERSEY
02-DEA-403812, Assorted Jewelry, VL: $37,800.00, (1) Gentleman's Platinum Diamond Ring (contains 44 round full cut diamonds); (1) Center Round Diamond Approximately 4 carats; (1) 14k Two Tone Lady's diamond round brilliant cut ring center approximately 2 carats, Ser No 763-2354, Ramsey, NJ, Somoza, Giovanni Pompilio AKA Vermelio, Rigoberto, 02/12/02
DISTRICT OF NEVADA
02-DEA-404084, 1996 Chevrolet Impala, 1G1BL52P7TR135248, Las Vegas, NV, Harris, Morgan, 03/26/02
02-DEA-404187, $14,801.00 U.S. Currency, Las Vegas, NV, Lopez Del Real, Marco Valentin, 03/22/02
EASTERN DISTRICT OF NEW YORK
02-DEA-402743, 1994 Toyota Corolla, JT2AE09V8R0072221, Queens, NY, Unidentified, 02/11/02
02-DEA-403437, $11,801.00 U.S. Currency, New York, NY, Torres, George Luis AKA Sorio, Anthony AKA Tone, 02/12/02
02-DEA-403522, $2,060.00 U.S. Currency, Bronx, NY, Vargas-Montoya, Johnny, 02/28/02
02-DEA-403546, $7,960.00 U.S. Currency, College Point, NY, Vargas-Montoya, Claudia, 02/28/02
02-DEA-403575, $28,500.00 U.S. Currency, College Point, NY, Vargas-Montoya, Johnny, 02/28/02
02-DEA-403625, $1,201.00 U.S. Currency, Jamaica, NY, Reina-Soltedo, Giovanni Saul, 03/03/02
02-DEA-403871, $50,000.00 U.S. Currency, Medford, NY, Valderrama, Efrain Lemus, 03/07/02
NORTHERN DISTRICT OF NEW YORK
02-DEA-403562, $1,135.00 U.S. Currency, Schenectady, NY, Pierre, Nicholas, 02/28/02
02-DEA-403918, $15,069.08 U.S. Currency, Clifton Park, NY, Landry, Robert, 03/04/02
SOUTHERN DISTRICT OF NEW YORK
02-DEA-403123, $5,400.00 U.S. Currency in Safe Deposit Box #848, Wappingers Falls, NY, Sank, Robert J, 02/14/02
02-DEA-403132, The First Union National Bank, Account #3000024105108, VL: $8,000.00, Wappingers, NY, Sank, Robert J, 02/14/02
02-DEA-403325, $9,200.00 U.S. Currency, New York, NY, Unknown, 02/25/02
02-DEA-403463, $2,001.00 U.S. Currency, Haverstraw, NY, Contreras, Esan, 03/07/02
02-DEA-403707, $120,288.00 U.S. Currency, Bronx, NY, Mardel, Luis AKA Lemon, 03/08/02
02-DEA-403799, $14,716.00 U.S. Currency, New York, NY, Cabrera, Hector, 03/11/02
02-DEA-403826, $20,000.00 U.S. Currency, New York, NY, Valentin, Francisco, 03/07/02
02-DEA-403884, $1,021.00 U.S. Currency, New York, NY, Carter, Dashawne, 03/08/02
02-DEA-404213, 1993 Honda Accord, 1HGCB7691PA180868, New York, NY, Conlin, Milton, 03/07/02
WESTERN DISTRICT OF NEW YORK
02-DEA-403285, $2,225.00 U.S. Currency, Buffalo, NY, May, Donald, 02/27/02
02-DEA-403446, $4,417.00 U.S. Currency, Rochester, NY, Stanley, Corey AKA McCree, Norman, 02/15/02
02-DEA-403836, $1,916.00 U.S. Currency, Buffalo, NY, Orebeaux, Lance R, 03/07/02
02-DEA-403642, $1,115.00 U.S. Currency, Buffalo, NY, McNab, Derrick L, 03/07/02
02-DEA-404036, $3,800.00 U.S. Currency, Rochester, NY, McNab, Janet, 03/09/02
NORTHERN DISTRICT ...

THE WALL STREET JOURNAL. MONDAY, JUNE 3, 2002

...n the property was used or acquired as a result of a violation of the Controlled Substances Act (Title 21, U.S.C., Sections 801 et seq.). An owner or lienor may file a petition for ...to Title 19, U.S.C., Section 1618, and the regulations governing the petition process set forth in Title 28, Code of Federal Regulations, Part 9. In addition to, or in lieu of petitioning ...in 983(a). Upon the filing of a claim under Title 18, U.S.C., Section 983(a), a claimant may request, pursuant to Section 983(f), release of the seized property during the pendency ...or other electronic means will not be accepted. The names of persons or businesses appearing in this notice are not necessarily criminal defendants or suspects, nor does the

02-DEA-404840, $4,090.00 U.S. Currency, Henderson, NC, Gonzales-Hernandez, Mario Gil, 04/11/02
02-DEA-405017, $5,000.00 U.S. Currency, Raleigh, NC, Bell Jr, Kenneth McDonald and Gardner, Deangelo Dominique, 04/08/02
02-DEA-405137, 1997 Jeep Cherokee, 1J4GZ58Y7VC522477, Wilmington, NC, Nation Jr, Robert Clayton, 04/05/02

**MIDDLE DISTRICT OF NORTH CAROLINA**

02-DEA-404589, $1,090.00 U.S. Currency, Greensboro, NC, Bowe, Kirshawn Courtney, 04/08/02

**WESTERN DISTRICT OF NORTH CAROLINA**

02-DEA-405052, $1,929.00 U.S. Currency, Charlotte, NC, Conner, Donnie Leon, 04/04/02
02-DEA-405055, $2,932.75 U.S. Currency, Connelly Springs, NC, Carson, Hugene, 04/08/02
02-DEA-405081, 1999 Toyota Camry, JT2BG22K1X0304966, Morganton, NC, Shoupe III, James William and Shoupe, Melissa Childers, 04/01/02
02-DEA-405163, $7,399.00 U.S. Currency, Connelly Springs, NC, Shoupe III, James William, 04/01/02
02-DEA-405314, $2,480.00 U.S. Currency, Icard, NC, Hylor, Jeffrey Scott, 04/08/02

**DISTRICT OF NEBRASKA**

02-DEA-404529, $12,100.00 U.S. Currency, South Sioux City, NE, Guerrero-Sais, Lanbardo Enrique AKA Silva, George, 03/27/02
02-DEA-404771, $8,507.00 U.S. Currency, Fremont, NE, Lammers, Gregory, 04/09/02

**DISTRICT OF NEW JERSEY**

02-DEA-404128, 1993 Lexus LS 400, JT8UF11E2P0166282, Newark, NJ, Holguin, Huascar, 03/19/02

**DISTRICT OF NEW MEXICO**

02-DEA-403775, Bank of the West, Checking Account #274-000124, VL: $4,946.49, Albuquerque, NM, Favela-Alzpuro, Bertha AKA Diaz, Bertha, 03/02/02
02-DEA-403946, $20,000.00 U.S. Currency, Albuquerque, NM, Gonzalez-Valles, Ramon Alonso, 03/10/02
02-DEA-403994, Bank of the West, Savings Account #279-254155, VL: $928.41, Albuquerque, NM, Mesa-Hernandez, Heleberto AKA Diaz, Harvey, 03/02/02
02-DEA-404138, 1997 Mitsubishi Montero, JA4MT41P5VP013206, Silver City, NM, Dominguez Jr, Larry, 03/19/02
02-DEA-404160, $12,990.00 U.S. Currency, Albuquerque, NM, Vega-Rojas, Juan Carlos, 03/19/02
02-DEA-404819, Lorcin .380 Pistol with magazine, Ser No 294600, VL: $1.00, (1) Lorcin .380 Pistol with magazine; (9) .380 rounds and (4) .22 rounds, and nylon holster, Santa Clara, NM, Chavez, Isabel AKA Chavez, Chalo, 03/19/02

**DISTRICT OF NEVADA**

02-DEA-404029, 1930 Harley Davidson Motorcycle, C8459784, Primm, NV, Unidentified, 03/19/02
02-DEA-404522, 1999 Ford Escort Coupe, 3FAKP1130XR219932, Las Vegas, NV, Espinoza-Perez, Jorge Alberto, 04/03/02

**EASTERN DISTRICT OF NEW YORK**

02-DEA-404136, $3,201.00 U.S. Currency, South Ozone Park, NY, Senior, Gary, 03/08/02
02-DEA-404149, $1,965.00 U.S. Currency, Staten Island, NY, Szewczyk, Robert, 03/14/02
02-DEA-404386, $32,300.00 U.S. Currency, Bayside, NY, Troncoli, Matthew N, 04/12/02
02-DEA-404396, 1996 Chevrolet Tahoe, 1GNEK13R7TJ377392, Springfield Gardens, NY, McWright, Virgil AKA Divino, 02/28/02
02-DEA-404404, $40,000.00 U.S. Currency, Queens, NY, Castro, Omar Bolivar, 03/18/02
02-DEA-404485, $8,000.00 U.S. Currency, Jackson Heights, NY, Unidentified, 03/19/02
02-DEA-404533, $75,157.00 U.S. Currency, College Point, NY, Grisales-Rivera, Luz Amparo, 03/22/02
02-DEA-404607, $21,548.00 U.S. Currency, Brooklyn, NY, Grimm, Malcolm I. and Martinez, Ramon L, 03/11/02

**NORTHERN DISTRICT OF NEW YORK**

02-DEA-403889, $30,000.00 U.S. Currency, Syracuse, NY, Point, Troy L AKA Big Daddy and Point, Jacint A, 03/14/02
02-DEA-403890, $7,260.00 U.S. Currency, Syracuse, NY, Point, Troy L AKA Big Daddy, 03/14/02
02-DEA-403906, $8,400.00 U.S. Currency, Watertown, NY, Landry, Robert, 03/01/02
02-DEA-403940, $1,110.00 U.S. Currency, Johnson City, NY, Widmer, Albert L AKA White, 03/07/02
02-DEA-403983, $1,304.28 U.S. Currency, Alexandria Bay, NY, Thiriault, Mario, 03/06/02
02-DEA-403985, $1,390.03 U.S. Currency, Alexandria Bay, NY, Boucher, Yvan, 03/06/02
02-DEA-404006, $31,190.00 U.S. Currency, Syracuse, NY, Dusinome, Scott E AKA Big Poppa, 03/14/02
02-DEA-404013, $1,440.00 U.S. Currency, Town of Clay, NY, Dusinome, Scott E AKA Big Poppa, 03/14/02
02-DEA-404587, $1,810.00 U.S. Currency, Town of Ulster, NY, Falcon, Raul, 02/26/02
02-DEA-404592, $1,360.00 U.S. Currency, New Paltz, NY, Esposito, Kyle, 02/26/02

**SOUTHERN DISTRICT OF NEW YORK**

02-DEA-400910, $5,150.00 U.S. Currency, New York, NY, Mack, Willie, 03/06/02
02-DEA-403943, $3,727.00 U.S. Currency, New York, NY, Hor... [illegible]

03/14/02
02-DEA-404249, 2001 Dodge Ram Truck, 1B7HC16X01S787925, Seguin, TX, Gonzalez-Genova, Mario, 03/18/02
02-DEA-404250, 1998 Dodge Ram 1500 Truck, 1B7HC16Y1WS786640, San Antonio, TX, Rojas, Jose Javier Madrigal AKA Rojas, Jose, 03/18/02
02-DEA-404251, 1989 GMC Truck, 1GTDC14K0KE500688, San Antonio, TX, Banuelos, Norberto, 03/18/02

**EASTERN DISTRICT OF VIRGINIA**

02-DEA-403704, $10,000.00 U.S. Currency, Dulles, VA, Diallo, Mamadou M, 03/16/02
02-DEA-404750, $5,000.00 U.S. Currency, Prince George, VA, Walden, Kevin, 03/14/02

**WESTERN DISTRICT OF VIRGINIA**

02-DEA-404228, $136,885.00 U.S. Currency, Crimora, VA, Roadcap, Edward Wayne, 03/19/02

**EASTERN DISTRICT OF WASHINGTON**

02-DEA-404380, $15,020.00 U.S. Currency, Spokane, WA, Lopez, Victor A AKA Schwartz, Victor, 03/26/02
02-DEA-404381, $1,020.00 U.S. Currency, Spokane, WA, Lopez, Victor A AKA Schwartz, Victor, 03/26/02

**WESTERN DISTRICT OF WASHINGTON**

02-DEA-404464, $7,898.98 U.S. Currency, Federal Way, WA, Diaz-Valenzuela, Martin Alonzo, 04/01/02
02-DEA-404489, $3,300.00 U.S. Currency, Seattle, WA, Lopez-Valenzuela, Roberto, 04/03/02

**EASTERN DISTRICT OF WISCONSIN**

02-DEA-404002, $3,432.00 U.S. Currency, Oak Creek, WI, Zielinski, Martin, 03/20/02
02-DEA-404271, $2,868.00 U.S. Currency, Racine, WI, McNeal, Jazon, 03/28/02
02-DEA-404547, $3,311.00 U.S. Currency, Milwaukee, WI, Copeda, Jose, 04/01/02
02-DEA-404556, $1,986.00 U.S. Currency, Kenosha, WI, Juarez, Jose, 04/02/02
02-DEA-404568, $8,307.00 U.S. Currency, Milwaukee, WI, Hampton, Terry, 04/01/02
02-DEA-404671, 1989 Toyota Avalon Automobile, 4T1BF18B4XU311819, Milwaukee, WI, Beer, Basilia, 04/01/02

**WESTERN DISTRICT OF WISCONSIN**

02-DEA-404270, 1993 Jeep Grand Cherokee Laredo, 1J4GZ58S3PC724874, Beloit, WI, Rivera, Frankie, 03/25/02
02-DEA-404534, $2,900.00 U.S. Currency, Oregon, WI, DiMaggio, Charles A, 04/01/02
02-DEA-404541, $4,150.00 U.S. Currency, Milltown, WI, Maxwell, Patrick, 04/04/02

THIRD NOTICE
LAST DATE TO FILE
JULY 03, 2002
PLACE SEIZED, SEIZED FROM, DATE SEIZED

**DISTRICT OF ARIZONA**

02-DEA-404400, (189) Bottles of 100 count 60 mg Pseudoephedrine Tablets, VL: $971.75, San Luis, AZ, Ramirez Wakamatzu, Marco Antonio, 03/26/02
02-DEA-404436, (250) Bottles of 100 count 60 mg Pseudoephedrine Tablets, VL: $2,812.50, San Luis, AZ, Ramirez Wakamatzu, Marco Antonio, 03/26/02
02-DEA-404913, 1980 Ford Truck, F10AED00874, Lochiel, AZ, Murrieta-Olivarria, Hector, 04/04/02

**CENTRAL DISTRICT OF CALIFORNIA**

02-DEA-403483, $41,300.00 U.S. Currency, Ontario, CA, Brant, Kocie AKA Arron, Orvalle, 02/27/02
02-DEA-404185, 2000 Toyota Tundra SR5, 5TBBT4411YS083889, Topanga, CA, Barnes, Rhyna, 03/13/02
02-DEA-404188, $20,000.00 U.S. Currency, Long Beach, CA, Black, Ronald Amos, 03/12/02
02-DEA-404211, $18,000.00 U.S. Currency, Los Angeles, CA, Adams, Bryant Dalton, 03/12/02
02-DEA-404212, $5,000.00 U.S. Currency, Los Angeles, CA, Rasmon, Marcus Waverly, 03/12/02
02-DEA-404468, $17,000.00 U.S. Currency, Granada Hills, CA, Melanes, Cecil Smoot, 03/27/02
02-DEA-404470, $10,420.00 U.S. Currency, Granada Hills, CA, Salique, Alejandro Ruiz, 03/27/02
02-DEA-404471, $2,600.00 U.S. Currency, Granada Hills, CA, Contreras, Jose Nolasco, 03/27/02
02-DEA-404472, Makarov 9mm Semi-Automatic Pistol, Ser No BB2817, VL: $1.00, Granada Hills, CA, Meland, Cecil Smoot, 03/27/02

**EASTERN DISTRICT OF CALIFORNIA**

02-DEA-403852, Western Union Check, VL: $500.00, Fresno, CA, Unidentified, 03/12/02
02-DEA-404565, $35,500.00 U.S. Currency, Fresno, CA, Rodriguez, Ramiro Paul AKA Rodriguez, Raul and Lopez, Ignacio, 03/25/02
02-DEA-404582, $48,680.00 U.S. Currency, Fresno, CA, Unidentified, 03/25/02

**NORTHERN DISTRICT OF CALIFORNIA**

02-DEA-404303, Whisperwatt 45 KW Diesel Generator with Trailer, Ser No ENIGRE #1281 M02, VL: $20,000.00, Grantsville, CA, Pollard, Thomas Deloss, 03/25/02
02-DEA-404309, Multiquip 10 KW Diesel Generator with Trailer, Ser No...

Soriano, Maria Ignacia, 03/22/02
02-DEA-404340, $186,050.00 U.S. Currency, Des Moines, IA, Bonilla, Pablo Non and Soriano, Maria Ignacia, 03/22/02
02-DEA-404342, $982,000.00 U.S. Currency, Des Moines, IA, Bonilla, Pablo Noe and Soriano, Maria Ignacia, 03/22/02
02-DEA-404344, $1,579.00 U.S. Currency, Des Moines, IA, Bonilla, Pablo Noe and Soriano, Maria Ignacia, 03/22/02
02-DEA-404348, $1,124.00 U.S. Currency, Des Moines, IA, Soriano, Maria Ignacia, 03/22/02
02-DEA-404350, $1,808.00 U.S. Currency, Des Moines, IA, Arevalo, Dora Alicia, 03/22/02
02-DEA-404351, $1,374.00 U.S. Currency, Des Moines, IA, Pineda, Mario Eliseo, 03/22/02
02-DEA-404401, $1,840.00 U.S. Currency, Des Moines, IA, Espinoza, Melquisedec, 03/22/02

**DISTRICT OF IDAHO**

02-DEA-403754, (39) Cases of 2500 Count Matchbooks, VL: $883.97, Nampa, ID, Friendly Freds, 02/21/02
02-DEA-403780, (93) 48 Ct Pkgs of Pseudoephedrine 30mg Tablets, VL: $975.57, Nampa, ID, Friendly Freds, 02/21/02

**CENTRAL DISTRICT OF ILLINOIS**

02-DEA-404281, Undetermined Amount of Charred Currency, Mahomet, IL, Alvarez, Josefito, 03/20/02

**NORTHERN DISTRICT OF ILLINOIS**

02-DEA-404072, $9,980.00 U.S. Currency, Bedford Park, IL, Garcia-Herrera, Jose Andres, 02/23/02
02-DEA-404080, $773.00 U.S. Currency, Chicago, IL, Guzman-Ortiz, Noberto, 02/23/02
02-DEA-404105, $5,157.00 U.S. Currency, Roger, IL, Turner, Kevin, 02/22/02
02-DEA-404107, $47,050.00 U.S. Currency, Chicago, IL, Martinez, Juan, 02/21/02
02-DEA-404129, 42" Black Fujitsu Plasma Television, Model #PDS4221W-H, Ser No SN3210005, VL: $7,000.00, Chicago, IL, Turner, Kevin, 02/22/02
02-DEA-404214, $45,748.00 U.S. Currency, Aurora, IL, Tovar, Jose Luis, 03/18/02
02-DEA-404335, 1997 Chevrolet Tahoe, 1GNEK13R0VJ311789, Bedford Park, IL, Garcia-Herrera, Jose Andres, 02/23/02
02-DEA-404492, 1999 540 BMW, WBADE6327WBV93797, Chicago, IL, Torres-Mendez, Alfonso, 03/11/02
02-DEA-404544, 2002 Cadillac Escalade, 1GYEK63N22R191410, Hodgkins, IL, Maury Ellison Cadillac, 02/26/02

**NORTHERN DISTRICT OF INDIANA**

02-DEA-400982, $1,117.00 U.S. Currency, Michigan City, IN, Fry, Reginald U, 03/18/02
02-DEA-403495, $14,050.00 U.S. Currency, South Bend, IN, Taylor, Anthony, 03/13/02
02-DEA-404079, $1,253.00 U.S. Currency, Winamac, IN, Fletcher, Omaa F, 03/26/02

**DISTRICT OF KANSAS**

02-DEA-404323, $100,000.00 U.S. Currency, Colby, KS, Smith, Jason, 03/22/02
02-DEA-404398, 2000 Chevrolet Tahoe LS 4X4, 1GNEK13T8YJ114724, Ellsworth, KS, Drake, Donnie D, 03/29/02
02-DEA-404840, Glock Model 19 Semi-auto 9mm Handgun and Ammunition, Ser No LE007 US, VL: $350.00, Wichita, KS, Tena-Munoz, Isaval, 03/24/02

**EASTERN DISTRICT OF KENTUCKY**

02-DEA-404208, $1,020.00 U.S. Currency, Lexington, KY, Hanrahan, Matthew Mark, 03/28/02
02-DEA-404221, $121,556.00 U.S. Currency, Lexington, KY, Hanrahan, Matthew Mark, 03/20/02

**WESTERN DISTRICT OF KENTUCKY**

02-DEA-403682, Assorted Indoor Grow Equipment, VL: $630.98, (2) Hydrofarm grow lights with 100 watt bulbs; (2) Hydrofarm seedling heat mats; (1) Husky black plastic sheeting - 250 square feet; (90) Seed starter pods; (12) Black plastic trays; (1) Sunfox Ultra Ace Bulb - unknown wattage; (8) Black plastic buckets, Labeled with Duct Tape, Lebanon, KY, Clark, Charles Wilson, 03/06/02
02-DEA-403687, Indoor Grow Equipment, VL: $555.00, (2) Multi-voltage units; (2) Pro-Ultralite Metal halide lamps; (1) Sylvania 1000 watt bulb; (2) Phillips 400 watt bulbs; (1) Agrosum 1000 watt bulb; (1) Ingraham clock operated switch (timer), Model #12-723, Holy Cross, KY, Clark, Charles Wilson, 03/06/02

**MIDDLE DISTRICT OF LOUISIANA**

02-DEA-404394, $280,980.00 U.S. Currency, Baton Rouge, LA, Gonzalez, Miguel Angel Challin, 03/18/02

**DISTRICT OF MARYLAND**

02-DEA-402876, $1,100.00 U.S. Currency, Baltimore, MD, Hawkins, Karmen Marvin AKA Hawkins, Karmen, 02/12/02
02-DEA-402929, $2,180.00 U.S. Currency, Baltimore, MD, Lewis, Lawrence Nelson AKA Nelson, Lewis AKA Lewis II, Lawrence Nelson AKA Lewis II, Lawrence Nelson AKA Lewis, Nelson AKA Nelson, Lawrence AKA Lawrence Nelson AKA Lewis, Lawrence Nilson, 02/21/02
02-DEA-403009, $3,000.00 U.S. Currency, Baltimore, MD, Rossier, Cedric Lendell, 02/21/02
02-DEA-403010, $1,700.00 U.S. Currency, Baltimore, MD, Taylor, Lenny Daniel AKA Smith, Tony AKA Taylor, Leonard Daniel AKA Taylor, Mark Anthony AKA Taylor, Lenny Daniel R, 02/21/02

Rifle AR15, Magazine and several 223 rounds, Ser No SGW0003; (1) Marlin Glenfield 22 Caliber Rifle, Ser No Model 20, Artesia, NM, Camargo, Gerardo, 03/14/02
02-DEA-404265, $885.00 U.S. Currency, Albuquerque, NM, Mesa-Hernandez, Heleberto AKA Diaz, Harvey, 02/21/02
02-DEA-404377A, 1986 Platform Model GPWSAR-45 Flat Bed Trailer, 1GRDM9024GM074817, Chaparral, NM, Mercado, Francisco, 03/13/02
02-DEA-404998, $10,880.00 U.S. Currency, Albuquerque, NM, Molina-Rodriguez, Raul, 04/09/02

**EASTERN DISTRICT OF NEW YORK**

02-DEA-403530, $3,094.00 U.S. Currency, Queens, NY, Ortiz, Juan, 02/20/02
02-DEA-404043, $39,098.00 U.S. Currency, Queens, NY, Martin, Jose, 03/14/02

**SOUTHERN DISTRICT OF NEW YORK**

02-DEA-403436, $17,700.00 U.S. Currency in Safe Deposit Box #101A, Chase Manhattan Bank, New York City, NY, Walsh, Bruce, 02/19/02
02-DEA-403684, $18,473.00 U.S. Currency, Bronx, NY, Freeman, Michael AKA Mooz, Naldoo, 02/20/02
02-DEA-403707, $191,090.00 U.S. Currency, Bronx, NY, Unidentified, 03/10/02
02-DEA-403792, $3,067.00 U.S. Currency, New York, NY, Henderson, Kenneth B AKA Harrison, Shahelm A, 03/04/02
02-DEA-404032, $164,330.00 U.S. Currency, New York, NY, Steele, Daryl, 03/10/02
02-DEA-404300, $5,000.00 U.S. Currency, New York, NY, Wright, Donna, 03/13/02
02-DEA-404309, $6,000.00 U.S. Currency, Manhattan, NY, Gutierrez, Alvaro Ruben, 03/15/02
02-DEA-404545, $1,782.00 U.S. Currency, New York, NY, Tavarea, Eduardo AKA Gonzalez, Eduardo, 03/08/02

**WESTERN DISTRICT OF NEW YORK**

02-DEA-403398, $21,300.00 U.S. Currency, Buffalo, NY, Biston, Jose, 03/08/02
02-DEA-403409, $1,162.00 U.S. Currency, Buffalo, NY, Marshall, Hassan Z, 03/05/02
02-DEA-403495, $2,545.00 U.S. Currency, Rochester, NY, Siplin, Tyrone, 02/25/02
02-DEA-403498, $7,696.00 U.S. Currency, Rochester, NY, Cuello, Rafael AKA Benitez, Carlos, 02/25/02
02-DEA-404101, $11,210.00 U.S. Currency, Rochester, NY, Munoz, Edwin, 03/01/02
02-DEA-404795, Rolex President Wristwatch, VL: $10,000.00, Buffalo, NY, Parlao, Michael, 02/26/02

**NORTHERN DISTRICT OF OHIO**

02-DEA-404235, 2001 Ford F150 4x2 Pickup-Supercrew Flareside, 1FTRW07L11KA81146, Curtice, OH, Garcia, Alejandro and Garcia, Michelle, 03/22/02
02-DEA-404239, $39,990.00 U.S. Currency, Lucas County, OH, Tomas, Michael D, 04/08/02
02-DEA-404594, $4,572.00 U.S. Currency, Springfield, OH, Beavey, Todd O, 03/28/02
02-DEA-404596, 2002 Ford F-350 XLT Pickup Truck, 1FTSF31F42EB03784, Springfield, OH, Beavey, Todd O, 03/28/02
02-DEA-404780, $7,660.00 U.S. Currency, Cleveland, OH, Reyes, Edwin, 04/02/02
02-DEA-404784, $1,925.00 U.S. Currency, Cleveland, OH, Powell, Emex, 04/02/02

**SOUTHERN DISTRICT OF OHIO**

02-DEA-404064, $4,087.97 U.S. Currency, Steubenville, OH, Wilson, Anthony, 02/27/02
02-DEA-404505, $9,100.00 U.S. Currency, Dayton, OH, Ledbetter, Shawn Lee and Brown, Donald Edward, 04/04/02
02-DEA-404614, $3,788.00 U.S. Currency, Dayton, OH, Boyd Sr, Gary David, 04/08/02
02-DEA-404619, $17,362.00 U.S. Currency, Dayton, OH, Boyd Sr, Gary David, 04/08/02

**NORTHERN DISTRICT OF OKLAHOMA**

02-DEA-403947, 1988 Ford Mustang Convertible, 1FABP45E6JF204597, Stroud, OK, Manjarrez, Sergio Antonio, 03/13/02

**WESTERN DISTRICT OF OKLAHOMA**

02-DEA-404257, 1966 Chrysler Newport, WG658339, Mustang, OK, Thrift, Gils Edward, 03/20/02
02-DEA-404256, 1979 Pontiac Trans Am, 2W87Y9L195809, Mustang, OK, Thrift, Gils Edward, 03/20/02
02-DEA-404257, 1980 Ford Thunderbird, 0Y71Y158561, Mustang, OK, Thrift, Gils Edward, 03/20/02
02-DEA-404420, $81,126.00 U.S. Currency, Oklahoma City, OK, Than, Scott and Holsonbake, Michael and Sanchez, Eric Ramirez, 03/27/02
02-DEA-404430, $2,285.00 U.S. Currency, Oklahoma City, OK, Holsonbake, Michael, 03/27/02

**DISTRICT OF PUERTO RICO**

02-DEA-403220, $875.50 U.S. Currency, Aibonito, PR, Tiburcio-Chicon, Ivelisse, 02/25/02
02-DEA-403370, $705.00 U.S. Currency, Aibonito, PR, Gonzalez-Rivera, Marisol, 02/25/02
02-DEA-403508, $1,036.00 U.S. Currency, Aibonito, PR, Ortiz-Cintron, Francisco, 02/25/02
02-DEA-404001, $33,000.00 U.S. Currency, Carolina, PR, Acevedo-Antonelli, Jessica, 03/14/02

**DISTRICT OF SOUTH CAROLINA**

02-DEA-404768, $38,... U.S. Currency...

...Associates 2002 Initial Quality Study.SM Studies based on a total of 64,905 consumer responses indicating owner reported problems during the first 90 days of ownership. www.jdpower.com

©2002 GM Corp. All rights reserved. Buick, Century and LeSabre are registered trademarks of GM Corp. Buckle up, America! For more information, visit www.buick.com or call 1-800-4A-BUICK.