# Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
DARRYL STEELE                     :
        -v-                       :   ORDER PURSUANT TO
                                      18 U.S.C. § 983(e)
DRUG ENFORCEMENT                  :
ADMINISTRATION, et al.,               07 Civ. 3859 (JSR)
                                  :
        Defendants.
                                  :
- - - - - - - - - - - - - - - - -x

       WHEREAS, Plaintiff has moved pursuant to Title 18, United States Code, Section 983(e)(1) to set aside the forfeiture of approximately $164,300.00 in United States currency seized by the Drug Enforcement Administration ("DEA") during and after the arrest of Plaintiff and a co-conspirator in or about March, 2002 (the "Property"); and

       WHEREAS, the Government has conceded that Plaintiff may not have received adequate notice of the DEA's administrative forfeiture, and for that reason, the declaration of forfeiture should be set aside; and

       WHEREAS, the Government has represented to the Court that it will commence civil judicial forfeiture proceedings;

       IT IS HEREBY ORDERED, that the declaration of forfeiture with respect to Plaintiff's interest in the Property is set aside,

       AND IT IS FURTHER ORDERED, that the declaration of forfeiture with respect to Plaintiff's interest in the Property is set aside without prejudice to the right of the Government to

commence a subsequent judicial forfeiture proceeding as to the interest of the Plaintiff within six months of the entry of this Order, as provided in Title 18, United States Code, Section 983(e)(2)(A) and (B)(ii). *

Dated:   New York, New York
         July 26, 2007

SO ORDERED:

*signature: James C. Francis IV*

HONORABLE JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

\* This Order having resolved the only issue in this case, the Clerk of Court is respectfully requested to close this action.