Exhibit D



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 31, 2007

BY CERTIFIED MAIL
Steven M. Statsinger, Esq.
Federal Defenders of New York Inc.
52 Duane Street, 10th floor
New York, New York 10007

       Re: United States v. $164,330.00
          07 Civ. 6822

Dear Mr. Statsinger:

   This letter is to advise you that on July 30, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced sum pursuant to 21 U.S.C. § 881(a)(6) as property traceable to an exchange of a controlled substance and/or property intended to be used in exchange for a controlled substance. A copy of the complaint in this action is enclosed.

   Should your client wish to contest the forfeiture, he must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (20) days after filing a claim, your client must file his answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the property.

              Respectfully,

              MICHAEL J. GARCIA
              United States Attorney
              Southern District of New York

              By: _____
              ANNA E. ARREOLA
              Assistant United States Attorney
              Tel. No.: (212) 637-2218

Enclosure

cc: Darryl Steele (By Certified Mail)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 3460 0003 4412 4506

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $
Postmark Here

Sent To: Steven M. Statsinger, Esq.
Street, Apt. No or PO Box No.: Federal Defenders of New York Inc.
52 Duane Street, 10th floor
City, State, ZIP: New York, New York 10007

PS Form 3800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Steven M. Statsinger, Esq.
Federal Defenders of New York Inc.
52 Duane Street, 10th floor
New York, New York 10007

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): R. MCQUEEN
B. Date of Delivery: 8/3
C. Signature: X R. mcqueen
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7001 0360 0003 4412 4506

PS Form 3811, July 1999    Domestic Return Receipt   U.S. v. #164,330   102595-00-M-0952

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Darryl Steele #11666055
Street, A or PO Bc: Federal Correctional Institution, Mckean
P.O. Box 8000
City, Stat: Bradford, P.A. 16701

PS Form 3800, January 2001 — See Reverse for Instructions

7001 0360 0003 4412 4513

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Darryl Steele #11666055
Federal Correctional Institution, Mckean
P.O. Box 8000
Bradford, P.A. 16701

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): [illegible]
B. Date of Delivery: 08-08-07
C. Signature: X [illegible]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from service label): 7001 0360 0003 4412 4513

PS Form 3811, July 1999    Domestic Return Receipt    U.S.␣9/64,330    102595-00-M-0952



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2007

BY CERTIFIED MAIL
Frank Handelman, Esq.
Three New York Plaza, 10th floor
New York, New York 10004

                Re:   United States v. $164,330.00
                         07 Civ. 6822 (JSR)

Dear Mr. Handelman:

        This letter is to advise you that on July 30, 2007, the United States commenced a civil action in the United States District Court for the Southern District of New York seeking the forfeiture of the above-referenced sum pursuant to 21 U.S.C. § 881(a)(6) as property traceable to an exchange of a controlled substance and/or property intended to be used in exchange for a controlled substance. A copy of the complaint in this action is enclosed.

        Persons wishing to contest the forfeiture must do so by filing a claim pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime claims and Asset Forfeiture Actions with the Clerk of the Court no later than thirty five (35) days of the date of this letter. In addition, within twenty (20) days after filing a claim, claimants must file an answer to the complaint. This procedure must be followed regardless of any petition for the remission or mitigation of forfeiture which they may have pending, and failure to do so could result in the entry of a default judgment against the property.

                                                      Respectfully,

                                                      MICHAEL J. GARCIA
                                                      United States Attorney
                                                       Southern District of New York

                                                       By: *Anna E. Arreola*
                                                       ANNA E. ARREOLA
                                                      Assistant United States Attorney
                                                      Tel. No.: (212) 637-2218

Enclosure

cc:    Michael Robinson (By Certified Mail)



