```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
            Plaintiff,               :    07 Civ. 6822 (JSR)
                                     :
       -v-                           :         ORDER
                                     :
$164,330.00 IN UNITED STATES         :
CURRENCY,                            :
                                     :
            Defendant-in-Rem.        :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In this forfeiture action, plaintiff moved for default judgment on April 4, 2008, with a return date of May 5, 2008 at 12:30 p.m. An interested party, Darryl Steele, has now submitted a response dated April 10, 2008. Accordingly, the Court, pursuant to its Order of August 28, 2007, refers the determination of the instant default motion to the Honorable James C. Francis, United States Magistrate Judge.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       April 28, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-29-08
```