UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,            :
                                          ORDER
          - v -                      :

$164,330.00 IN UNITED STATES         :    07 Civ. 6822 (JSR/JCF)
CURRENCY,
                                     :
          Defendant-in-rem.
------------------------------------X

      1.    The Government's motion for default judgment is dismissed without prejudice.

      2.    Any claim by Darryl Steele contesting forfeiture of the defendant *in rem* must be filed with the Clerk of the Court no later than 45 days of the date of this Order and must comply with Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Dated:   New York, New York
         June 13, 2008

SO ORDERED:

/s/ James C. Francis IV
HONORABLE JAMES C. FRANCIS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/08