**PRO SE OFFICE**

*U.S. DISTRICT COURT FILED JUL 24 2008 S.D. OF N.Y.*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
FILE NUMBER.07-Civ.-6822 (JSR/JCF)

| | | |
|---|---|---|
| $164,330.00 IN UNITED STATES CURRENCY, Darryl Steele, </br>Appellant, </br></br>v. </br></br>United States, </br>Appellee | ) ) ) ) ) ) ) ) ) | Notice of Appeal |

Notice is hereby given that $164,330.00 in United States Currency (Darryl Steele) Appellant/Defendant-in-rem, hereby appeal to the United States Court of Appeals for the Second Circuit from the order issued June 13, 2008, received June 19th, 2008, (Certified Mail) dismissing governments motion for default judgment and Any claim by Darryl Steele contesting forfeiture of the defendant in rem must be filed with the Clerk of Court no later than 45 days of the date of this order.

It should be brought to the Appellate Court's attention that appeal is of the 45 day order to refile. The order dismissing the motion for default judgment is not being challenged. The foregoing entered in this action on the 13th day of June 2008.

/s/ [signature]
Pro se for Darryl Steele
Federal Correctional Institution,
Elkton
P.O. Box 10
Lisbon, OH. 44432